No. A-CV-18-80

COURT OF APPEALS OF THE NAVAJO NATION

November 12, 1980

Tommy C. BEGAY, Appellant,

vs.

Irene BEGAY, a/k/a Irene BROWN, Appellee.

ORDER OF DISMISSAL

Wilbert Tsosie, Esq., DNA-People's Legal Service, Shiprock, Navajo Nation (New Mexico) for appellant and Albert Hale, Esq., Window Rock, Navajo Nation (Arizona) for appellee.

 The Acting Chief Justice of the Navajo Nation having reviewed the above captioned matter pursuant to 7 NTC §801, of the Navajo Tribal Code and good cause appearing.
 IT IS THEREBY ORDERED that this appeal be and is DISMISSED for failure to comply with Rule 6(a) and failure to respond to Appellee's Opposition to Appeal and Motion to Dismiss.